UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ALEXANDRE SPIVAK,

           Plaintiff,

- against -

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICE,

           Defendant.
-----------------------------------------------------------X

ORDER
10-CV-3196 (CBA)

AMON, United States District Judge:

Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted. The United States Marshals Service is directed to serve the summons and complaint upon the defendant without prepayment of fees.

SO ORDERED.

/S/

Dated: July 15, 2010
Brooklyn, New York

CAROL BAGLEY AMON
United States District Judge